MARIA MISTRULLI, Respondent, v KINGS HIGHWAY HOSPITAL, Appellant, et al., Defendants.

The plaintiff's failure to submit an affidavit of merit by a medical expert competent to attest to the meritorious nature of her claim to recover damages for medical malpractice requires the dismissal of the action as against the defendant hospital *(see, Reed v Friedman,* 117 AD2d 661; *Vernon v Nassau County Med. Center,* 102 AD2d 852). Kunzeman, J. P., Eiber, Sullivan and Balletta, JJ., concur.